**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CONSTANTINO GEORGIOU,<br><br>  Plaintiff,<br><br>v.<br><br>SHORE POWER, INC. (D.B.A. BATTERY JUNCTION); LG CHEM, LTD., AND DOES 1-50,<br><br>  Defendants. | Civil Action No: 4:21-cv-00418-O<br>Jury Trial Demanded |

**NOTICE OF SERVICE OF EXPERT DISCLOSURES**

COMES NOW, Defendant LG CHEM, LTD. ("LG Chem"), by and through undersigned counsel, and subject to and without waiver of its personal jurisdiction defense, hereby respectfully provides notice to the Court that a copy of the following document was served on all counsel of record on this 25th day of September, 2023.

1. DEFENDANT LG CHEM, LTD.'S RULE 26(a)(2) EXPERT DISCLOSURE

Dated: September 25, 2023          Respectfully submitted,

/s/ *David P. Stone*
**DAVID P. STONE — LEAD COUNSEL**
State Bar No. 19289060
David.Stone@nelsonmullins.com
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-6100
Facsimile: (469) 828-7217
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

>Rachel Atkin Hedley
>Admitted *Pro Hac Vice*
>rachel.hedley@nelsonmullins.com
>Nelson Mullins Riley & Scarborough, LLP
>1320 Main Street, 17th Floor
>Columbia, South Carolina 29201
>Telephone: (803) 255-5565
>**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
>
>Kathryn Skagerberg
>Texas Bar No. 24058578
>Federal ID No. 1121430
>Kate. Skagerberg@nelsonmullins.com
>Nelson Mullins Riley & Scarborough, LLP
>5830 Granite Parkway, Suite 1000
>Plano, TX 75024
>P: (469) 484-6100
>F: (615) 828-7217
>
>*Attorneys for Defendant LG Chem, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel, in accordance with the Federal Rules of Civil Procedure on the 25th day of September, 2023.

>*/s/ David P. Stone*