IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONSTANTINO GEORGIOU, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:21-cv-00418-O |
| | § |
| BATTERY JUNCTION | § |
| CORPORATION *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction and In the Alternative, for Failure to State a Claim (ECF No. 70) is **DENIED**.

**SO ORDERED** on this 2nd day of November, 2023.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE