IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONSTANTINO GEORGIOU,<br><br>Plaintiff,<br><br>v.<br><br>SHORE POWER, INC. D/B/A BATTERY JUNCTION; LG CHEM, LTD.; SHENZHEN IMR TECHNOLOGY CO., LTD. D/B/A IMREN AND DOES 1-50,<br><br>Defendants. | Civil Action No: 4:21-cv-00418-O<br>Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING DEFENDANT LG CHEM, LTD.'S
MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Defendant LG Chem, Ltd.'s Motion for Summary Judgment on all of Plaintiff's claims, the supporting evidence, and any response and/or reply.

After considering the Motion, the Court finds that LG Chem, Ltd.'s Motion for Summary Judgment should be GRANTED, and Plaintiff's claims against LG Chem, Ltd. should be DISMISSED WITH PREJUDICE.

SO ORDERED on this _____ day of _____, 20___.

_____
**Reed O'Connor
UNITED STATES DISTRICT JUDGE**